UNITED STATES, Petitioner

v

BOARD OF REVIEW NOS. 2, 1, 4,
U. S. Army Judiciary, Respondents

17 USCMA 150, 37 CMR 414

Miscellaneous Docket Nos. 67–4, 67–5, 67–6

July 21, 1967

*Captain William R. Steinmetz* argued the cause for Petitioner. With him on the brief were *Colonel Peter S. Wondolowski, Lieutenant Colonel David Rarick, Major John F. Webb, Jr.,* and *Captain Robert E. Davis.*
*Major Jack G. McKay* argued the cause for Respondent.
*Lieutenant Colonel Jacob Hagopian* argued *amicus curiae.*

## Opinion of the Court

PER CURIAM:

This action involves the same controversy as United States v DuBay, et al, 17 USCMA 147, 37 CMR 411, this day decided. The order of the board of review directing certain steps therein is vacated, and the board is instructed to follow the procedures outlined in United States v DuBay, supra.